■ DAVIS v DEPARTMENTAL DISCIPLINARY COMMITTEE.—Motion to set aside decision of Departmental Disciplinary Committee, and for other relief, denied. Concur—Sandler, J. P., Ross, Milonas, Rosenberger and Ellerin, JJ.